1   Sheri M. Thome, Esq.
    Nevada Bar No. 008657
2   L. Joe Coppedge, Esq.
    Nevada Bar No. 004954
3   Chad C. Butterfield, Esq.
    Nevada Bar No. 010532
4   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    300 South Fourth Street, 11th Floor
5   Las Vegas, Nevada  89101
    (702) 727-1400; FAX (702) 727-1401
6   Sheri.Thome@wilsonelser.com
    L.Joe.Coppedge@wilsonelser.com
7   Chad.Butterfield@wilsonelser.com
    *Attorneys for Defendant Nevada Title Company*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  FEDERAL DEPOSIT INSURANCE             CASE NO:    2:14-cv-01567-GMN-GWF
    CORPORATION AS RECEIVER OF
12  WASHINGTON MUTUAL BANK,
                                          **STIPULATION AND [Proposed] ORDER**
13                Plaintiff,              **TO EXTEND DEADLINE FOR EXPERT**
                                          **DISCLOSURE ONLY PURSUANT TO LR**
14       v.                               **26-4**

15  NEVADA TITLE COMPANY, a Nevada        **(Third Request for Extension)**
    corporation,
16
                  Defendants.
17

18       Plaintiff, Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank

19  ("FDIC") and Defendant, Nevada Title Company ("Nevada Title") (collectively the "Parties"), by

20  and through their respective counsel, hereby file this Stipulation to Extend Discovery Deadlines.

21  This request complies with Local Rules ("LR") 6-1, 6-2, 7-1, and 26-4, and is based on good cause

22  because the litigation of this matter will be best served by the proposed extension.

23  A.   **INTRODUCTION**

24       This case arises out of Nevada Title's closing of a real estate transaction that was funded, in

25  part, by a loan issued by Washington Mutual Bank.  The real estate transaction was subsequently

26  determined to have been a fraud perpetrated by the seller, buyer, and others involved in the

27  transaction.  FDIC contends Nevada Title failed to comply with the Washington Mutual Bank's

28

848342v.1

1  Closing Instructions, which allegedly caused it to sustain damages when the buyer defaulted on the

2  loan.

3  **B.      CURRENT SCHEDULE**

4         The Complaint in this matter was filed on September 24, 2014, and was served upon Nevada

5  Title on December 19, 2014.  Nevada Title filed its Answer to the Complaint on January 15, 2015.

6  On March 10, 2015, the Parties filed a Joint Discovery Plan and Scheduling Order, which the Court

7  approved on March 11, 2015.  On June 24, 2015, this Court approved a Stipulation and [Proposed]

8  Order to Extend Discovery Deadline Pursuant to LR26-4 (Second Request for Extension), (Doc. 20),

9  setting forth the following relevant deadlines as follows:

10        1.      Discovery Cut-Off:                 November 12, 2015

11        2.      Initial Expert Disclosures:        September 14, 2015

12        3.      Rebuttal Expert Disclosures:       October 13, 2015

13        4.      Dispositive Motions:               December 11, 2015

14        5.      Interim Status Report:             September 14, 2015

15        6.      Joint Pretrial Order:              January 11, 2015

16 **C.      PROPOSED SCHEDULE**

17        The parties propose extending the deadline for Initial Expert Disclosures by four (4) days as

18 follows:

19        2.      Initial Expert Disclosures:        September 18, 2015

20        All other deadlines shall remain in effect.

21 **D.      DISCOVERY COMPLETED BY THE PARTIES**

22        Both parties have served their initial disclosures.

23        On March 10, 2015, FDIC served its First Set of Interrogatories, Requests for Admission,

24 and Requests for Production upon Nevada Title.  Nevada Title served its responses April 27, 2015.

25        On March 24, 2015, Nevada Title served its First Set of Interrogatories, Requests for

26 Admission, and Requests for Production upon FDIC.  FDIC served its responses to Nevada Title

27 Requests for Admission and Requests for Production on May 22, 2015.

28        The deposition of percipient witness Rebecca Raymond Soto was taken on May 29, 2015.

848342v.1

1    The deposition of Nicole Sikalis Bott was taken on July 22, 2015.

2  **E.     DISCOVERY REMAINING TO BE COMPLETED**

3    Deposition of Doug Chalmers;

4    Deposition of Michael Chalmers;

5    Deposition of Tracy Aguilar

6    Deposition of Patricia Watanabe

7    Deposition of Chris O'Brien

8    Deposition of Rule 30(b)(6) witness(es) for FDIC scheduled for October 23, 2015.

9    Deposition of Rule 30(b)(6) witness(es) for Nevada Title;

10    Expert disclosures; and

11    Depositions of the Parties' expert witnesses.

12  **F.     STATEMENT OF GOOD CAUSE SUPPORTING THIS REQUEST**

13    Good cause exists for extending the expert disclosures.   The parties have diligently
14  commenced discovery, with both parties having served written discovery requests and responded to
15  such written discovery requests, including the exchange of several thousand pages of documents.
16  Further, the parties have taken the depositions of percipient witnesses, Rebecca Raymond Soto and
17  Nikki Sikalis-Bott.  Both parties have retained experts, and the reports of such experts are virtually
18  complete, but a brief extension is required to allow the experts to complete their reports.
19  Accordingly, the parties have agreed to extend the deadline for submitting expert reports for an
20  additional four (4) days to September 18, 2015 to allow such experts to finalize their reports.  No
21  other dates are extended by this request.  Accordingly, this stipulation does not interfere with the

22  //

23  //

24  //

25  //

26  //

27  //

28

time set for completion of discovery.  Excusable Neglect exists for submitting this stipulation within

twenty-one (21) days before the deadline for making Initial Expert Disclosures as it was not known

at that time a brief extension of four (4) days would be required.

DATED this ___ day of September, 2015          DATED this ___ day of September, 2015

**WILSON, ELSER, MOSKOWITZ, EDELMAN          KOLESAR & LEATHAM
& DICKER LLP**

BY: /s/ L. Joe Coppedge _____          BY: /s/ Bart K. Larsen _____
    Sheri M. Thome, Esq.                             Bart K. Larsen, Esq.
    Nevada Bar No. 008657                            Nevada Bar No. 008538
    L. Joe Coppedge, Esq.                            Shlomo S. Sherman, Esq.
    Nevada Bar No. 004954                            Nevada Bar No. 009688
    Chad C. Butterfield, Esq.                        400 South Rampart Blvd., Suite 400
    Nevada Bar No. 010532                            Las Vegas, Nevada 89145
    300 South Fourth Street, 11th Floor              *Attorneys for Plaintiff F.D.I.C. as Receiver*
    Las Vegas, Nevada  89101                         *for Washington Mutual Bank*
    *Attorneys for Defendant Nevada Title Company*

<u>**ORDER**</u>

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this ___15th___ day of September, 2015

_____
UNITED STATES MAGISTRATE JUDGE