Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
Sheri.Thome@wilsonelser.com
Chad.Butterfield@wilsonelser.com
*Attorneys for Defendant Nevada Title Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Defendants. | CASE NO:     2:14-cv-01567-JAD-GWF<br><br>**STIPULATION AND [proposed] ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO RESPOND TO THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

　　Plaintiff, Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank ("FDIC-R") and Defendant, Nevada Title Company ("Nevada Title") (collectively the "Parties"), by and through their respective counsel, hereby stipulate pursuant to LR 7-1 to extend the deadline for FDIC-R  to file a response to Nevada Title's motion for summary judgment [ECF No. 42], filed on August 19, 2016, up to and including September 26, 2016; and to extend the deadline for Nevada Title to file a response to FDIC-R's motion for partial summary judgment [ECF No. 41], filed on August 19, 2016, up to and including September 26, 2016.

　　Per Local Rule IA 6-1, this is the first request for an extension of the deadline to respond to the two motions.  The parties seek this extension in order to allow sufficient time to prepare their

///

///

///

1045940v.1

respective responding briefs, and to allow time for client input.  The requested extension is short, as the parties are seeking to extend the deadline by two weeks, so it will not unduly delay or impact the case.  Accordingly, the parties respectfully request an extension to respond to the parties' respective motions for summary judgment up to and including September 26, 2016.

DATED this 8th day of September, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY:  /s/ Chad C. Butterfield
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendant Nevada Title Company*

DATED this 8th day of September, 2016

**KOLESAR & LEATHAM**

BY:  /s/ Shlomo S. Sherman
Bart K. Larsen, Esq.
Nevada Bar No. 008538
Shlomo S. Sherman, Esq.
Nevada Bar No. 009688
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
*Attorneys for Plaintiff F.D.I.C. as Receiver for Washington Mutual Bank*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated:  September 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

1045940v.1