1  BART K. LARSEN, ESQ.
Nevada Bar No. 008538
2  SCOTT D. FLEMING, ESQ.
Nevada Bar No. 005638
3  KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
E-Mail:     blarsen@klnevada.com
6              sfleming@klnevada.com

7  ORLANDO VILLALBA, ESQ.
Admitted *Pro Hac Vice*
8  California Bar No. 232165
MORTGAGE RECOVERY LAW GROUP, LLP
9  700 N. Brand Blvd., Suite 830
Glendale, California 91203
10  Telephone:  (818) 630-7900
Email:  ovillalba@themrlg.com

11

12  *Attorneys for Plaintiff*
*Federal Deposit Insurance Corporation as*
*Receiver of Washington Mutual Bank*

13

14           **UNITED STATES DISTRICT COURT**

15              **DISTRICT OF NEVADA**

16                    * * *

17  FEDERAL DEPOSIT INSURANCE              CASE NO. 2:14-cv-01567-JAD-GWF
    CORPORATION AS RECEIVER OF
18  WASHINGTON MUTUAL BANK,

19                Plaintiff,              **STIPULATION AND ORDER TO**
                                          **EXTEND DEADLINE TO FILE**
20      vs.                               **JOINT PRETRIAL ORDER**

21  NEVADA TITLE COMPANY,                 **(Fourth Request)**

                Defendant.
22

23        Plaintiff, Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank

24  ("FDIC-R") and Defendant, Nevada Title Company ("Nevada Title") (collectively the "Parties"),

25  by and through their respective counsel, hereby file this Stipulation and Order to Continue the

26  Deadline to File the Joint Pre-Trial Order an additional three weeks to December 7, 2017.  This

27  request complies with Local Rules ("LR") IA 6-1, IA 6-2, and 26-4, and is supported by good

28  cause as set forth herein.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

**A.      INTRODUCTION**

This case arises out of Nevada Title's closing of a real estate transaction that was funded, in part, by a loan issued by Washington Mutual Bank.   The real estate transaction was subsequently determined to have been a fraud perpetrated by the seller, buyer, and others involved in the transaction.   FDIC-R contends Nevada Title failed to comply with the Washington Mutual Bank's Closing Instructions, which allegedly caused it to sustain damages when the buyer defaulted on the loan.   On March 30, 2017, the Court issued an order on the Parties' respective motions for summary judgment and ordered a settlement conference.   (ECF No. 51).  The parties attended the settlement conference in good faith but were unable to resolve this matter.  The parties agreed to continue their good faith efforts to resolve this matter, and participated in a private mediation on October 26, 2017.  The parties reached a settlement in principle and are continuing to draft and negotiate the terms of a long form settlement agreement. Accordingly, the parties respectfully request that the deadline to file the joint pretrial order be extended an additional three weeks, to provide the parties additional time to finalize the terms of the final written settlement agreement without prejudicing their clients' rights in this case.

**B.      CURRENT SCHEDULE**

Discovery is closed.  The Joint Pretrial Order is due on or before September 18, 2017.

**C.      PROPOSED SCHEDULE**

The Parties propose extending the deadline for filing the Joint Pretrial Order from November 16, 2017, to December 7, 2017.

All other deadlines shall remain in effect.

**D.      DISCOVERY COMPLETED BY THE PARTIES**

Discovery is closed.

**E.      DISCOVERY REMAINING TO BE COMPLETED**

None.

**F.      STATEMENT OF GOOD CAUSE SUPPORTING THIS REQUEST**

Good cause exists for extending the deadline to file the Joint Pretrial Order.  The parties have worked diligently to prepare the Joint Pretrial Order.  However, prior to finalizing the Joint

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1    Pretrial Order, the parties agreed to participate in a private mediation in an attempt to resolve this

2    case without further judicial involvement.   The parties conducted this private mediation on

3    October 26, 2017, and reached a settlement in principle.   The parties believe this litigation will

4    be best served to continue the deadline to file the Joint Pretrial Order an additional three weeks

5    from its current deadline of November 16, 2017 to December 7, 2017.   The parties submit that

6    good cause exists for the requested extension, which will allow the parties to finalize the terms of

7    the final written settlement agreement.

8            Under LR IA 6-1 and LR 26-4, the parties submit that the failure to submit this

9    stipulation more than twenty-one days before the deadline is the result of excusable neglect.   The

10    parties have been working diligently to finalize the written settlement agreement and were

11    hopeful to have it executed prior to the November 16, 2017 deadline.   The parties promptly

12    submitted this stipulation for the Court's consideration once it became apparent that the parties

13    would be unable to finalize and execute the written settlement agreement prior to the current

14    deadline.   The parties had intended in good faith to comply with the current deadline to file the

15    Joint Pretrial Order.   However, upon reaching a settlement in principle, the parties jointly agreed

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

that the litigation would best be served by continuing the deadline to file the Joint Pretrial Order until after the conclusion of the mediation.

DATED this ___ day of November, 2017

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Chad C. Butterfield, Esq.*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Chad C. Butterfield, Esq.
    Nevada Bar No. 010532
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada  89101
    *Attorneys for Defendant Nevada Title Company*

DATED this ___ day of November, 2017

**KOLESAR & LEATHAM**

BY: /s/  Scott D. Fleming, Esq.
    Scott D. Fleming, Esq.
    Nevada Bar No. 005638___
    Bart K. Larsen, Esq.
    Nevada Bar No. 008538
    400 South Rampart Blvd., Suite 400
    Las Vegas, Nevada 89145

**MORTGAGE RECOVERY LAW GROUP, LLP**
Orlando Villalba, Esq.
Admitted Pro Hac Vice
California Bar No. 232165
700 N. Brand Blvd., Suite 830
Glendale, California 91203

*Attorneys for Plaintiff F.D.I.C. as Receiver*

### ORDER

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the deadline for the Parties to file the Joint Pretrial Order, currently set for November16, 2017, shall be continued to December 7, 2017.

Dated this  17th  day of November, 2017

_____
UNITED STATES MAGISTRATE JUDGE

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472