Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
Sheri.Thome@wilsonelser.com
Chad.Butterfield@wilsonelser.com
*Attorneys for Defendant Nevada Title Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Defendants. | CASE NO:   2:14-cv-01567-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK, by and through its attorneys of record, MORTGAGE RECOVERY LAW GROUP, LLP and KOLESAR & LEATHAM and Defendant NEVADA TITLE COMPANY by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, that pursuant to Fed. R. Civ. P. 41(a), the

///
///
///
///
///
///

1242823v.1

above-captioned action be dismissed in its entirety with prejudice.  Each party is to bear its own attorneys' fees and costs.

| DATED this 26th day of December, 2017 | DATED this 26th day of December, 2017 |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **MORTGAGE RECOVERY LAW GROUP, LLP** |
| BY: */s/ Sheri Thome*<br>   Sheri M. Thome, Esq.<br>   Nevada Bar No. 008657<br>   Chad C. Butterfield, Esq.<br>   Nevada Bar No. 010532<br>   300 South Fourth Street, 11th Floor<br>   Las Vegas, Nevada  89101<br>   *Attorneys for Defendant Nevada Title Company* | BY: */s/ Orlando Villalba*<br>   Orlando Villalba, Esq.<br>   Admitted Pro Hac Vice<br>   California Bar No. 232165<br>   700 N. Brand Blvd., Suite 830<br>   Glendale, California 91203<br><br>**KOLESAR & LEATHAM**<br>Bart K. Larsen, Esq.<br>Nevada Bar No. 008538<br>Shlomo S. Sherman, Esq.<br>Nevada Bar No. 009688<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff F.D.I.C. as Receiver for Washington Mutual Bank* |

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action is hereby dismissed in its entirety, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED**.

Dated this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT COURT JUDGE

1242823v.1